# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| BRANDON HALEY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:18CV16- RWS-CMC |
| | § | |
| TIGER TRAILERS, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. On March 19, 2018, the Magistrate Judge issued a Report and Recommendation, recommending Defendant Tiger Trailers, Inc.'s Rule 12(b)(6) Motion to Dismiss (Docket No. 6) be denied. The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. Accordingly, the Court reviews the Report for clear error. Upon such review, the Court agrees with the Magistrate Judge that Plaintiff has stated a plausible claim for retaliation under the ADA.

Finding no plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant Tiger Trailers, Inc.'s Rule 12(b)(6) Motion to Dismiss (Docket No. 6) is hereby **DENIED**.

SIGNED this 9th day of April, 2018.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE